# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                  Case No. 3:19cr34-RV

**JAYSTON DARNELL FAILS**
_____/

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the Government's Motion for Entry of Final Order of Forfeiture by the United States of America. On April 2, 2019, a Federal Grand Jury sitting in the Northern District of Florida issued a three-count Indictment against the defendant, charging him with Count One - being a felon in possession of a firearm and ammunition in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2); Count Two – did knowingly and intentionally possess with intent to distribute a controlled substance, involving 5 grams or more of methamphetamine, its salts, isomers and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii); and Count Three – in furtherance of a drug trafficking crime, did knowingly possess a firearm, namely, a Smith and Wesson .40 caliber pistol. The Indictment included a firearm forfeiture allegation pursuant to Title 18, United States Code,

Section 924(d)(1). The Government seeks the forfeiture of the following property:

**7 rounds of Remington and Winchester ammunition, CAL: 40.**[1]

The United States is entitled to possession of the above-described property pursuant to Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

On July 2, 2019, a jury found the defendant guilty of Counts One through Three of the Indictment.

On July 11, 2019, a Preliminary Order of Forfeiture was entered. Pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the forfeiture action was published on the official internet government forfeiture site for at least thirty (30) consecutive days. No person or entity has filed a claim setting forth their interest in the property.

---

1 The government is only obtaining a Final Order of Forfeiture on the ammunition listed above. The firearm listed as Item A in the Preliminary Order of Forfeiture (Doc. 31), is stolen and will not be forfeited to the government, but will be returned to Rodney Grice, the claimant and rightful owner who has filed a claim with Alcohol, Tobacco, Firearms and Explosives (ATF).

**IT IS ORDERED** that the above-described property is condemned and forfeited to the United States.

**ORDERED** this 5th day of December, 2019.

*/s/ Roger Vinson*
**ROGER VINSON**
**SENIOR U. S. DISTRICT JUDGE**